UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

RAMON GUTIERREZ-MARTINEZ (A-077-129-896),

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-04722-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 7)

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 7.) On July 30, 2026, Respondents filed objections to the findings and recommendations, merely stating that they object "[f]or the reasons set forth in Respondents' previous briefing." (Doc. No. 8.) However, those arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030

(E.D. Cal. Dec. 4, 2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 28, 2026 (Doc. No. 7), are ADOPTED;

2. Petitioner Ramon Gutierrez-Martinez's (A-077-129-896) petition for a writ of habeas corpus (Doc. No. 1) is GRANTED;

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner from custody under the same conditions applicable to him immediately preceding his re-detention on November 28, 2025. If Respondents have custody of Petitioner's possessions including documents (e.g., identification, passport, work permit, Social Security card, etc.), Respondents shall return those to Petitioner at the time of release. Respondents are enjoined and restrained from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, compliance with the requirements for revocation of release under 8 C.F.R. § 241.13(i), and any other applicable statutory and regulatory procedures;

4. Within seven (7) days of the date of entry this order, Respondents shall FILE a status report with the court certifying compliance with this order; and

5. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 3, 2026**

Dena Coggins
United States District Judge